IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00923-RPM

JODY NEWMAN,

        Plaintiff,

v.

THE CHUBB CORPORATION;
CHUBB & SON, INC.; and
VIGILANT INSURANCE COMPANY,

        Defendants.
_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the order of Magistrate Judge Michael J. Watanabe setting a scheduling/planning conference for June 10, 2015, [Doc. 9], is vacated.

DATED:   May 27th, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge