IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00923-RPM

JODY NEWMAN,

                Plaintiff,

v.

THE CHUBB CORPORATION;
CHUBB & SON, INC.; and
VIGILANT INSURANCE COMPANY,

                Defendants.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Pursuant to Defendants Chubb & Son, Inc., and The Chubb Corporation's

Consent to Removal and Response to Order to Show Cause [Doc. 22] and the Notice of

Dismissal, without Prejudice, of Defendants The Chubb Corporation and Chubb & Sons,

Inc., [Doc. 23], it is

ORDERED that this Court's Order to Show Cause [Doc. 21] is discharged.

DATED:    June 11th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge