IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00923-RPM

JODY NEWMAN,

        Plaintiff,

v.

VIGILANT INSURANCE COMPANY,

        Defendant.
_____

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

Upon consideration of the plaintiff's unopposed requests that the Court extend the expert witness deadlines to and including December 11, 2015 for the designation of Plaintiff's expert witnesses, January 8, 2016 for the designation of Defendant's expert witnesses, and January 29, 2016 for the designation of rebuttal expert witnesses, it is

ORDERED that the motion is granted.

DATED: November 5th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge