IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00923-RPM

JODY NEWMAN,

        Plaintiff,

v.

VIGILANT INSURANCE COMPANY,

        Defendant.

_____

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

Upon consideration of the plaintiff's unopposed requests that the Court extend the expert witness deadlines to and including December 16, 2015, for the designation of Plaintiff's one expert witness on damages, to January 13, 2016, for the designation of Defendant's expert witnesses, and to February 3, 2016, for the designation of rebuttal expert witnesses, it is

ORDERED that the motion [Doc. 33] is granted.

DATED:   December 11th, 2015

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior Judge