IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00923-RPM

JODY NEWMAN,

        Plaintiff,

v.

VIGILANT INSURANCE COMPANY,

        Defendant.
_____

ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES
_____

Upon consideration of Defendant's unopposed requests that the Court extend Defendant's expert witness deadline to and including February 5, 2016, and the rebuttal expert disclosure deadline to February 26, 2016, [Doc. 37]  it is

ORDERED that the motion is granted.

DATED:   January 25th,  2016

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge