IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00923-RPM

JODY NEWMAN,

        Plaintiff,

v.

VIGILANT INSURANCE COMPANY,

        Defendant.

_____

ORDER SETTING TRIAL DATE
_____

ORDERED that this matter is set for trial to jury on **October 17, 2016, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

DATED:   April 13th, 2016

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge